# United States Bankruptcy Court
## Southern District of New York

In re   <u>Valdivia Produce Corp.</u>

<u>                                                </u>
Debtor(s)

Case No.   <u>**11-12265**</u>

Chapter   <u>**11**</u>

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| 7 MONKEYS, LLC<br>472 11TH ST<br>PALISADES PARK, NJ 07665 | 7 MONKEYS, LLC<br>472 11TH ST<br>PALISADES PARK, NJ 07665 | Potential P.A.C.A. Claim | Contingent<br>Disputed | 94,344.14 |
| AMAZONA TROPICAL FARMS<br>P O BOX 740056<br>BRONX, NY 10474 | AMAZONA TROPICAL FARMS<br>P O BOX 740056<br>BRONX, NY 10474 | Potential P.A.C.A. Claim | Contingent<br>Disputed | 51,758.10 |
| BEST TIME PRODUCE<br>29 CLINTON AVENUE<br>BROOKLYN, NY 11205 | BEST TIME PRODUCE<br>29 CLINTON AVENUE<br>BROOKLYN, NY 11205 | Potential P.A.C.A. Claim | Contingent<br>Disputed | 47,727.50 |
| FRESH TEX PRODUCE LLC<br>P O BOX 3568<br>MCALLEN, TX 78502 | FRESH TEX PRODUCE LLC<br>P O BOX 3568<br>MCALLEN, TX 78502 | Potential P.A.C.A. Claim | Contingent<br>Disputed | 54,180.68 |
| GM PRODUCE SALES LLC<br>207 EAST PRODUCE RD<br>HIDALGO, TX 78557 | GM PRODUCE SALES LLC<br>207 EAST PRODUCE RD<br>HIDALGO, TX 78557 | Potential P.A.C.A. Claim | Contingent<br>Disputed | 39,127.50 |
| HYHARVEST INC<br>900 OSCEOLA DRIVE SUITE 222B<br>WEST PALM BEACH, FL 33409 | HYHARVEST INC<br>900 OSCEOLA DRIVE SUITE 222B<br>WEST PALM BEACH, FL 33409 | Potential P.A.C.A. Claim | Contingent<br>Disputed | 43,001.50 |
| INDEX FRESH INC<br>18184 SLOVER AVE<br>BLOOMINGTON, CA 92316 | INDEX FRESH INC<br>18184 SLOVER AVE<br>BLOOMINGTON, CA 92316 | Potential P.A.C.A. Claim | Contingent<br>Disputed | 35,600.00 |
| JERRY SHULMAN PRODUCE<br>112 NEW SOUTH ROAD<br>HICKSVILLE, NY 11801 | JERRY SHULMAN PRODUCE<br>112 NEW SOUTH ROAD<br>HICKSVILLE, NY 11801 | Potential P.A.C.A. Claim | Contingent<br>Disputed | 54,590.50 |
| JOHN GEORGALLAS BANANA<br>750 DRAKE ST<br>BRONX, NY 10474 | JOHN GEORGALLAS BANANA<br>750 DRAKE ST<br>BRONX, NY 10474 | Potential P.A.C.A. Claim | Contingent<br>Disputed | 169,790.00 |
| JORGE VALDIVIA<br>125 SEAVIEW DRIVE<br>SECACUS, NJ 07096 | JORGE VALDIVIA<br>125 SEAVIEW DRIVE<br>SECACUS, NJ 07096 | Promisorry Note | Disputed | 58,848.29 |
| LONG ISLAND BANANA CORP<br>28 WILLIAM ST<br>LYNBROOK, NY 11563 | LONG ISLAND BANANA CORP<br>28 WILLIAM ST<br>LYNBROOK, NY 11563 | Potential P.A.C.A. Claim | Contingent<br>Disputed | 29,602.50 |

In re   **Valdivia Produce Corp.**                                  Case No.   **11-12265**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| NICO-MEXI FOOD INC<br>4115 W OGDEN AVE<br>CHICAGO, IL 60623 | NICO-MEXI FOOD INC<br>4115 W OGDEN AVE<br>CHICAGO, IL 60623 | Potential P.A.C.A. Claim | Contingent<br>Disputed | 164,212.50 |
| PAUL STEINBERG ASSOCIATES<br>325C NYC TERM MARKET<br>BRONX, NY 10474 | PAUL STEINBERG ASSOCIATES<br>325C NYC TERM MARKET<br>BRONX, NY 10474 | Potential P.A.C.A. Claim | Contingent<br>Disputed | 68,414.00 |
| R BEST TROPICALS<br>8700 NW 101ST ST<br>MEDLEY, FL 33178 | R BEST TROPICALS<br>8700 NW 101ST ST<br>MEDLEY, FL 33178 | Potential P.A.C.A. Claim | Contingent<br>Disputed | 28,095.00 |
| REFIN S.A.<br>ECUADOR | REFIN S.A.<br>ECUADOR | Potential P.A.C.A. Claim | Contingent<br>Disputed | 73,532.50 |
| TROPICAL FRUIT EXPORT S A<br>CENTER PISO 1 OFIC 109<br>GUAYAQUIL, ECUADOR | TROPICAL FRUIT EXPORT S A<br>CENTER PISO 1 OFIC 109<br>GUAYAQUIL, ECUADOR | Potential P.A.C.A. Claim | Contingent<br>Disputed | 87,785.40 |
| UNITED TEAMSTER FUND WELFARE<br>2137-47 UTICA AVE<br>BROOKLYN, NY 11234 | UNITED TEAMSTER FUND WELFARE<br>2137-47 UTICA AVE<br>BROOKLYN, NY 11234 | Employee / Welfare and Health Benefits Fund | Contingent<br>Disputed | 87,829.15 |
| UNITED TEAMSTER PENSION FUND<br>2137-47 UTICA AVE<br>BROOKLYN, NY 11234 | UNITED TEAMSTER PENSION FUND<br>2137-47 UTICA AVE<br>BROOKLYN, NY 11234 | Employee / Pension Fund | Contingent<br>Disputed | 64,866.13 |
| USA TROPICAL<br>91-41 LEFFERTS BLVD<br>RICHMOND HILL, NY 11418 | USA TROPICAL<br>91-41 LEFFERTS BLVD<br>RICHMOND HILL, NY 11418 | Potential P.A.C.A. Claim | Contingent<br>Disputed | 46,601.50 |
| WORLDS BEST TROPICAL INC<br>6930 NW 12TH ST<br>MIAMI, FL 33126 | WORLDS BEST TROPICAL INC<br>6930 NW 12TH ST<br>MIAMI, FL 33126 | Potential P.A.C.A. Claim | Contingent<br>Disputed | 70,418.10 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **May 18, 2011**                     Signature   **/s/ Nessim Martinez**
                                                             **Nessim Martinez**
                                                             **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.